UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Michael Seidl

Debtor(s)

Case No. 20-20152 / MBK

Hearing Date: November 17, 2020 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**Domestic Support Obligation information**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): Verified income leaves monthly disposable income of $991.00.**

**The debtor has failed to provide proof of service with respect to Plan Motion(s).**
**Need proof of service on Township of Hamilton for motion to reclassify lien.**

**Need to file Pre-Confirmation Certification.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney