| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Sadek and Cooper Law Offices<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107<br>(215) 545-0008 | |
| In re:<br>　　**Michael Seidl** | Case No.: **20-20152**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **MBK** |

## CERTIFICATION OF SERVICE

1. I, __Brad J. Sadek, Esq.__ :

    ☑ represent __Michael Seidl__ in the this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On __November 18, 2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    __Modified Plan and Transmittal Letter__

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __November 18, 2020__                                    __/s/ Brad J. Sadek, Esq.__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Allied Mortgage Group, Inc.**<br>**c/o BSI Financial Services**<br>**314 S. Franklin Street**<br>**P.O. Box 517**<br>**Titusville, PA 16354** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Dalia Seidl**<br>**46 Wolfpack Road**<br>**Hamilton, NJ 08610** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Discover Bank**<br>**502 E. Market Street**<br>**Greenwood, DE 19950** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Discover Financial**<br>**Attn: Bankruptcy**<br>**Po Box 3025**<br>**New Albany, OH 43054** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Higher Education Student Assistance Auth**<br>**Hesaa Servicing/Attn: Bankruptcy**<br>**Po Box 548**<br>**Trenton, NJ 08625** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Kohls/Capital One**<br>**Attn: Credit Administrator**<br>**Po Box 3043**<br>**Milwaukee, WI 53201** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     *rev. 8/1/15*     Best Case Bankruptcy

| | | |
|---|---|---|
| | | (as authorized by the court *) |
| **Pressler, Felt & Warshaw LLP**<br>**5020, 7 Entin Road**<br>**Parsippany, NJ 07054** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Prosper Funding LLC**<br>**221 Main Street**<br>**Suite 300**<br>**San Francisco, CA 94105** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Township of Hamilton**<br>**2090 Greenwood Avenue**<br>**PO Box 00150**<br>**Hamilton, NJ 08650** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Prosper Marketplace Inc.**<br>**C/O WEINSTEIN & RILEY, PS**<br>**2001 WESTERN AVENUE, STE 400**<br>**SEATTLE, WA 98121** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**Standing Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650-4853** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy