UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Pincus Law Group, PLLC
nlabletta@pincuslaw.com
Nicole LaBletta, Esquire
2929 Arch Street
Suite 1700
Philadelphia, PA 19104
(484) 575-2201
ATTORNEYS FOR ALLIED MORTGAGE GROUP, INC. C/O
BSI FINANCIAL SERVICES

In Re:

MICHAEL SEIDL
DEBTOR

Case No.: 20-20152
Chapter: 13
Hearing Date: TBD
Judge: MBK

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED 07/18/2017 )

Raymond Valderrama , employed as Assistant Vice President by BSI Financial Services , hereby certifies the following:

Recorded on 10/02/2017 , in Mercer County, in Book 11302 at Page 1989

Property Address: 14 Grace Drive, Hamilton, NJ 08610

Mortgage Holder: ALLIED MORTGAGE GROUP, INC. C/O BSI FINANCIAL SERVICES

Mortgagor(s)/Debtor(s): MICHAEL SEIDL

POST-PETITION PAYMENTS (Petition filed on 08/31/2020 )

| | Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|---|
| 1. | $ 591.37 | 09/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 2. | $ 591.37 | 10/01/2020 | n/a | $ 0.00 | n/a | n/a |
| 3. | $ 591.37 | 11/01/2020 | n/a | $ 0.00 | n/a | n/a |

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | $ 0.00 | | |
| TOTAL: $ 1,774.11 | | | | | |

[Continue on attached sheets if necessary.]

Monthly payments past due:    3    mos. x $   591.37   as of   11/19/2020

(Monthly payment + late charge) = $ 0.00

$1,774.11

Each current monthly payment is comprised of:

Principal    $   591.37   P&I
Interest    $
R.E. Taxes:    $
Insurance:    $
Late Charge:    $
Other:    $     (Specify: _____ Escrow _____ )
TOTAL    $   591.37

UPB as of 11/19/20 $111,165.20

Attorney fees and costs for the preparation and filing of this Motion will not exceed $1,231.00.

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): _____

Pre-petition arrears: _____ to _____ ( \_\_\_\_ mos. x $ _____ /mo. = $ 0.00 )

I certify under penalty of perjury that the above is true.

Date: 11/25/2020



Signature

rev.8/1/15

2