| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Albert Russo<br>CN 4853<br>Trenton, New Jersey 08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee<br>In Re:<br><br>**MICHAEL SEIDL**<br>Debtor(s) | Case No: 20-20152 MBK<br><br>Hearing Date: 10/23/24 @ 9:00 A.M.<br><br>Judge Michael B. Kaplan |

### TRUSTEE'S NOTICE OF MOTION DEEMING TRUSTEE'S CONDUIT MORTGAGE PAYMENTS TO ALLIED MORTGAGE GROUP, INC. CURRENT

**ALBERT RUSSO, TRUSTEE** has filed papers with the court requesting

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested by ALBERT RUSSO, TRUSTEE or if you want the court to consider your views on the motion, then on or **before seven (7) days prior to the above hearing date**, you or your attorney must:

File a written response in opposition to this motion explaining your position and send to:

    Clerk of the United States Bankruptcy Court
    402 East State Street
    Trenton, NJ 08607

and

    Albert Russo, Standing Trustee
    CN 4853
    Robbinsville, NJ 08650

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.
Movant waives Oral Argument. If the Court requires Oral Argument, a hearing will be held on the date set forth above before Judge Michael B. Kaplan, at the United States Bankruptcy Court, 402 E. State Street, Trenton, New Jersey.

                                                    /s/ *Albert Russo*
                                                  Albert Russo, Standing Trustee